# Order

**Lansing, Michigan**

April 6, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132687(61)

SUSAN COLLIER, Personal Representative
of the Estate of SILVIO GIANNETTI; and
GIANNETTI INVESTMENT CO.,
        Plaintiffs-Appellants,

v

JERRY PRUZINSKY,
        Defendant-Appellee,

and

ANNA MARIE PRUZINSKY,
        Defendant.
_____/

SC: 132687
COA: 268827
Wayne CC: 92-230961-CK

On order of the Court, the motion for immediate consideration is GRANTED.
The motion to continue stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2007

_____
Clerk

d0403